THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. KARL KELLER, Appellant.

*People* v. *Keller*, 186 App. Div. 534, appeal dismissed.
(Submitted April 28, 1919; decided May 2, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 7, 1919, which
affirmed a judgment of the Kings County Court con-
victing the defendant of the crime of grand larceny in
the first degree.

The motion was made upon the ground of failure to
file the return.

*Harry E. Lewis,* District Attorney (*Ralph E. Hemstreet*
of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

WILLIAM F. TITUS et al., Appellants, v. CLARA D. DU
BOIS et al., Respondents.

*Titus* v. *Du Bois*, 182 App. Div. 914, appeal dismissed.
(Submitted April 28, 1919; decided May 2, 1919.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered February 15, 1918, which
affirmed an order of Special Term sustaining a demurrer
to the complaint.

The motion was made upon the ground that the order
of the Appellate Division was unanimous, that permission
to appeal had not been obtained and that the appeal had
not been perfected by filing the required undertaking.

*W. H. L. Edwards* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.